**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS WANGOMBE KARIMI, | Case No. SACV 15-1492 RSWL (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LORETTA F. LYNCH, Attorney General, | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Habeas Action Without Prejudice,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 7, 2016

/s/Ronald S. W. Lew
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE